UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FRANCIS W. HALL,<br>　　　Plaintiff,<br><br>-v-<br><br>U.S. BANK TRUST, N.A., as Trustee for<br>LSF8 Master Participation Trust, assignee<br>of Household Financial Corporation,<br>　　　Defendant. | No. 1:14-cv-615<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed all claims in the complaint, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**


Date:   October 14, 2014                               /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge